# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of December, two thousand and sixteen.

_____

Capitol Records, LLC, Capitol Christian Music Group, Inc., Virgin Records IR Holdings, Inc.,

      Plaintiffs - Appellees,

v.

Redigi Inc., John Ossenmacher, Larry Rudolph, AKA Lawrence S. Rogel,

      Defendants - Appellants.
_____

**ORDER**

Docket No. 16-2321

      Counsel for Appellant has filed a scheduling notification, pursuant to the Court's December 6, 2016 order lifting the stay, setting February 13, 2017, as the brief/appendix filing date. The time between the lifting of the stay and the proposed brief due date exceeds the amount of time that was remaining until the brief due date at the time the stay was entered.

      IT IS HEREBY ORDERED that Appellant's brief must be filed on or before February 7, 2017. The appeal is dismissed effective February 7, 2017, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

